1

2                     UNITED STATES DISTRICT COURT

3                    NORTHERN DISTRICT OF CALIFORNIA

4

| | |
|---|---|
| 5  ABRAMS v. JDS UNIPHASE CORP. | Nos.     C-02-1517 CW |
|    SALEIK v. JDS UNIPHASE CORP. | C-02-1561 CW |
| 6  BROCKWELL v. JDS UNIPHASE CORP. | C-02-1574     CW |
|    DOLZHANSKY v. JDS UNIPHASE CORP. | C-02-1592 CW |
| 7  RAYMOND v. JDS UNIPHASE CORP. | C-02-1625 CW |
|    GRABAR v. JDS UNIPHASE CORP. | C-02-1661 CW |
| 8  ARMOUR v. JDS UNIPHASE CORP. | C-02-1662 CW |
|    HACKER v. JDS UNIPHASE CORP. | C-02-1690 CW |
| 9  MURPHY v. JDS UNIPHASE CORP. | C-02-1696 CW |
|    ERISMAN v. JDS UNIPHASE CORP. | C-02-1715 Cw |
| 10 OMAR v. JDS UNIPHASE CORP. | C-02-1739 CW |
|    CANTAMOUNT v. JDS UNIPHASE CORP. | C-02-1771 CW |
| 11 HALPERN v. JDS UNIPHASE CORP. | C-02-1775 CW |
|    CAPE v. JDS UNIPHASE CORP. | C-02-1776 CW |
| 12 SKUBELLA v. JDS UNIPHASE CORP. | C-02-1826 CW |
|    KIRK v. JDS UNIPHASE CORP. | C-02-2009 CW |
| 13 STERRETT v. JDS UNIPHASE CORP. | C-02-2024 CW |
|    THOMAS v. JDS UNIPHASE CORP. | C-02-2060 CW |
| 14 ELLIS v. JDS UNIPHASE CORP. | C-02-2117 CW |
|    JUNGREIS v. JDS UNIPHASE CORP. | C-02-2135 CW |
| 15 SOLLINS v. JDS UNIPHASE CORP. | C-02-2137 CW |
|    SALTER v. JDS UNIPHASE CORP. | C-02-2293 CW |
| 16 REINSICH v. JDS UNIPHASE CORP. | C-02-2355 CW |
|    HOUSTON MUNICIPAL EMPLOYEES | C-02-2569 CW |
| 17 PENSION    SYSTEM v. JDS UNIPHASE | |
|    CORP. | C-02-3008 CW |
| 18 HESANO v. JDS UNIPHASE CORP. | C-02-3346 CW |
|    KHANNA v. JDS UNIPHASE CORP. | C-02-4865 CW |
| 19 GREENFOGEL v. JDS UNIPHASE CORP. | |
|    _____ | ORDER DISMISSING |
| 20 / | CONSOLIDATED CASES |

21

22

23      The above-captioned cases having been consolidated for all

24 further proceeding with C-02-1486 CW, <u>In re JDS Uniphase

25 Securities Litigaiton</u>,

26      IT IS HEREBY ORDERED that:

27      There appears to be no further reason at this time to

28 maintain these files as an open ones for statistical purposes,

1 and the Clerk is instructed to submit the JS-6 Forms to the
2 Administrative Office.

3     2. Nothing contained in this Order shall be considered a
4 dismissal or disposition of these actions, and, should further
5 proceedings become necessary or desirable, any party may
6 initiate it in the same manner as if this Order had not been
7 entered.

Dated: 7/14/05                          /s/ CLAUDIA WILKEN
                                        _____
                                        CLAUDIA WILKEN
                                        United States District Judge

2